# ALABAMA COURT OF CRIMINAL APPEALS



September 12, 2025

**CR-2024-0291**

L.W.G. v. State of Alabama (Appeal from Randolph Circuit Court:  CC-20-25)

## **<u>NOTICE</u>**

You are hereby notified that on September 12, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk